IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBBE JABLONSKI and ROSALIND PETERSON | No. C 05 3024 PJH |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER SELECTING ADR PROCESS |
| v. | ADR CERTIFICATION |
| COUNTY OF MENDOCINO | |
| Defendant. | |

The parties stipulate to participate in the following ADR process:

**Court Processes:**

☐ Arbitration      ☐ ENE      ☒ Mediation

*(To provide additional information regarding timing of session, preferred subject matter expertise of neutral, or other issues, please attach a separate sheet.)*

**Private Process:**

☐ Private ADR *(please identify process and provider)*

Dated: 11-10-05          Gail F. Flatt
                         Attorney for Plaintiff

Dated: 11-10-05          Douglas L. Losak
                         Attorney for Defendant

IT IS SO ORDERED:

Dated: 11/21/05          _____
                         UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER SELECTING ADR PROCESS / ADR CERTIFICATION

G:\ADRALL\ADRPC3A.FRM                                                REV. 5/00

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEBBE JABLONSKI and ROSALIND PETERSON

Plaintiff,

v.

COUNTY OF MENDOCINO

Defendant.

No. C 05 3024 PJH

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

**ADR CERTIFICATION**

The parties stipulate to participate in the following ADR process:

**Court Processes:**

☐ Arbitration  ☐ ENE  ☒ Mediation

*(To provide additional information regarding timing of session, preferred subject matter expertise of neutral, or other issues, please attach a separate sheet.)*

**Private Process:**

☐ Private ADR *(please identify process and provider)*

Dated: 11-10-05

Gail F. Flatt
Attorney for Plaintiff

Dated: 11-10-05

Douglas L. Losak
Attorney for Defendant

IT IS SO ORDERED:

Dated: _____

UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER SELECTING ADR PROCESS / ADR CERTIFICATION
G:\ADRALL\ADRPC3A.FRM
REV. 5/00

## SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

*(Note: This Certification must be signed by each party and its counsel.)*

Dated: 11-8-05        Debbe Jablonski /s/ Debbe Jablonski
                      [Typed name and signature of plaintiff]

Dated: 11-8-05        Gail F. Flatt  /s/ Gail F. Flatt
                      [Typed name and signature of counsel for plaintiff]

Dated: 11-10-05       County of Mendocino by:
                      [Typed name and signature of defendant]

Dated: 11-10-05       Douglas L. Losak
                      [Typed name and signature of counsel for defendant]

## SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

(Note: This Certification must be signed by each party and its counsel.)

Dated: 11-9-05          Rosalind Peterson  /s/ Rosalind Peterson
                        [Typed name and signature of plaintiff]

Dated: _____ _____
                        [Typed name and signature of counsel for plaintiff]

Dated: _____ _____
                        [Typed name and signature of defendant]

Dated: _____ _____
                        [Typed name and signature of counsel for defendant]

NOTICE OF NEED FOR ADR PHONE CONFERENCE / ADR CERTIFICATION
G:\ADRALL\ADRPC\TB.FRM                                                                  Rev. 5/00

2

## SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

*(Note: This Certification must be signed by each party and its counsel.)*

Dated: 11-8-05          Debbe Jablonski /s/ Debbe Jablonski
                        [Typed name and signature of plaintiff]

Dated: 11-8-05          Gail P. Flatt /s/ Gail P. Flatt
                        [Typed name and signature of counsel for plaintiff]

Dated: 11-10-05         County of Mendocino by: /s/
                        [Typed name and signature of defendant]

Dated: 11-10-05         Douglas L. Losak /s/
                        [Typed name and signature of counsel for defendant]

STIPULATION AND ORDER SELECTING ADR PROCESS / ADR CERTIFICATION       2