1  PROVENCHER & FLATT LLP
   Gail F. Flatt, SBN 104422
2  823 Sonoma Avenue
   Santa Rosa, CA  95404-4714
3  Telephone:  (707) 284-2380
   Facsimile: (707) 284-2387
4
   Valorie Bader SBN 124290
5  50 Old Courthouse Square, Suite 401
   P. O. Box 607
6  Santa Rosa, CA 95402
   Telephone:  (707) 591-0700
7  Facsimile:  (707) 591-0777

8  Attorneys for Plaintiffs

9

10              UNITED STATES DISTRICT COURT

11         FOR THE NORTHERN DISTRICT OF CALIFORNIA

12  DEBBE JABLONSKI and ROSALIND          Case No. C 05 3024 PJH (EMC)
    PETERSON,
13
              Plaintiffs,
14                                        **STIPULATION AND (~~PROPOSED~~)
    v.                                    ORDER RESCHEDULING
15                                        SETTLEMENT CONFERENCE**
    COUNTY OF MENDOCINO and DOES 1
16  through 10, inclusive,

17            Defendants.

18

19      This Stipulation is made and entered into by plaintiffs Debbe Jablonski and

20  Rosalind Peterson and defendant County of Mendocino with reference to the fol-

21  lowing:

22      WHEREAS the Honorable Phyllis J. Hamilton ordered the parties to partici-

23  pate in a settlement conference with a magistrate judge prior to March 16, 2006;

24      WHEREAS Judge Hamilton referred this case to Magistrate Judge Edward

25  M. Chen;

26      WHEREAS Judge Chen scheduled the settlement conference for February

27  23, 2006;

28      WHEREAS plaintiffs' counsel is unavailable on February 23, 2006,

                                    1

PROVENCHER & FLATT LLP
ATTORNEYS AT LAW
823 SONOMA AVE.
SANTA ROSA, CA  95404
(707) 284-2380

WHEREAS Judge Chen can conduct the settlement conference on February 9, 2006;

NOW, THEREFORE, IT IS HEREBY STIPULATED by the parties that the settlement conference will be rescheduled to February 9, 2006 at 9:30 a.m., Courtroom C, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: 12-14-05

PROVENCHER & FLATT LLP

By: SIGNATURE VIA FACSIMILE
_____
Gail F. Flatt
Attorney for Plaintiffs

Dated: 12-14-05

JANINE B. NADEL, COUNTY COUNSEL

By: SIGNATURE VIA FACSIMILE
_____
Douglas L. Losak, Deputy
Attorney for Defendant

## ORDER

IT IS HEREBY ORDERED that the Settlement Conference in this matter scheduled for February 23, 2006 is rescheduled to February 9, 2006 at 9:30 a.m., Courtroom C, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102.

IT IS FURTHER ORDERED that Settlement Conference statements be lodged with Judge Chen's chambers by January 26, 2006.

Dated: _____

_____
EDWARD M. CHEN
United States Magistrate Judge

PROVENCHER & FLATT LLP
ATTORNEYS AT LAW
823 SONOMA AVE.
SANTA ROSA, CA 95404
(707) 284-2380

1  WHEREAS Judge Chen can conduct the settlement conference on February

2  9, 2006;

3  NOW, THEREFORE, IT IS HEREBY STIPULATED by the parties that the set-

4  tlement conference will be rescheduled to February 9, 2006 at 9:30 a.m., Court-

5  room C, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, CA

6  94102.

7

8  Dated: *12-14-05*

PROVENCHER & FLATT LLP

9

10  By: *Gail F. Flatt*

11  Gail F. Flatt
   Attorney for Plaintiffs

12  Dated: *12-14-05*

13  JANINE B. NADEL, COUNTY COUNSEL

14

15  By: *Douglas L. Losak*

16  Douglas L. Losak, Deputy
   Attorney for Defendant

17

18  **ORDER**

19  IT IS HEREBY ORDERED that the Settlement Conference in this matter

20  scheduled for February 23, 2006 is rescheduled to February 9, 2006 at 9:30 a.m.,

21  Courtroom C, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Fran-

22  cisco, CA 94102.

23  IT IS FURTHER ORDERED that Settlement Conference statements be lodged

24  with Judge Chen's chambers by January 26, 2006.

25  Dated: December 16, 2005



26

27  _____ Judge Edward M. Chen ___strate Judge

28

2

Provencher & Flatt llp
Attorneys at Law
823 Sonoma Ave.
Santa Rosa, CA 95404
(707) 284-2380