PROVENCHER & FLATT LLP
Gail F. Flatt, SBN 104422
823 Sonoma Avenue
Santa Rosa, CA 95404-4714
Telephone: (707) 284-2380
Facsimile: (707) 284-2387

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBBE JABLONSKI and ROSALIND PETERSON,<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF MENDOCINO and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. C 05 3024 PJH<br><br>**STIPULATION OF DISMISSAL**<br>AND ORDER |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated: 3-8-06            PROVENCHER & FLATT LLP


By: _____
    Gail F. Flatt
    Attorney for Plaintiffs Debbe Jablonski and
    Rosalind Peterson

Dated: 2-15-06           JANINE B. NADEL, COUNTY COUNSEL;


By: _____
    Douglas L. Losak, Deputy County Counsel
    Attorney for Defendant County of Mendocino

IT IS SO ORDERED
Judge Phyllis J. Hamilton

1

## DECLARATION OF SERVICE

I declare that:

I am over the age of eighteen years and am not a party to this action. I am employed in an office that employs a member of the bar of this Court, at whose direction the within service was made. My business address is Provencher & Flatt 823 Sonoma Avenue, Santa Rosa, CA 95404.

On March 9, 2006, I served the following:

**STIPULATION OF DISMISSAL**

on the interested parties in the action by placing true copies thereof, enclosed in sealed envelopes, with first class postage thereon fully prepaid, in the United States mail at Santa Rosa, California, (unless otherwise indicated to be by hand delivery, overnight mail, messenger or fax) addressed as follows:

ADDRESSED TO:

Douglas Losak
Deputy County Counsel
County of Mendocino
Administration Center
501 Low Gap Rd., Rm 1030
Ukiah, CA 95482

Valorie Bader
P. O. Box 607
Santa Rosa, CA 95402

(X) (BY MAIL) I caused such envelope with postage thereon, fully prepaid to be placed in the United States mail on the date of execution of this declaration, with our office's outgoing mail following ordinary business practices. I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

( ) (BY PERSONAL SERVICE) I caused each such envelope to be delivered by hand to the addressee(s) noted above.

( ) (BY FACSIMILE) I caused the said document to be transmitted by Facsimile machine to the number(s) indicated above.

( ) (BY OVERNIGHT MAIL SERVICE) I caused each such envelope to be delivered by overnight mail service to the addressee(s) noted above.

( ) (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

(X) (Federal) I declare that I am an employee in the offices of a member of the State Bar of this Court at whose direction service was made.

Executed on March 9, 2006.

Deana Hopper